FILED
2011 SEP -2 P 1: 14
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-57831 |
| Elizabeth Menzie Maly | ) | Chapter: 7 |
| 2232 S. Main Street, No. 531 | ) | Honorable Walter Shapero |
| Ann Arbor, MI 48103 | ) | September 2, 2011 |
| SSN: xxx-xx-9683 | ) | |

## MOTION TO REINSTATE AUTOMATIC STAY

The Debtor, Elizabeth M. Maly, certifies under penalty of perjury as follows:

1. This matter was filed on June 28, 2011.

2. The Debtor, Elizabeth Maly, is currently a tenant under a residential lease for the premises known as 426 S. Main Street, Ashley Mews #6, Ann Arbor, MI, 48104.

3. On July 1, 2011, the Landlord, Jason Davis, filed a Motion for Relief from the Automatic Stay with respect to such property alleging the Debtors were in arrears on their rent.

4. On July 15, 2011, Debtor Elizabeth Maly filed an objection to such motion.

5. A hearing on such motion was held on July 25, 2011 and was then adjourned to August 11, 2011.

6. As required by Debtors, negotiations between the parties commenced and, on August 8, 2011, the parties reached an agreement (see Exhibit A for consent agreement).

7. Pursuant to such agreement, the stay would be lifted and an order for possession, with alternative payment terms, would be entered in the state court eviction proceeding.

8. Paragraph 4 of the order entered by the state court states: "4. An order evicting you will be issued unless you pay the plaintiff or the court the amount due in item 2(c) ($12,205.50) above or unless you move out on or before August 31, 2011."

9. The terms of the state court order were a significant part of the consideration for which the Debtors agreed to permit the automatic stay to be lifted.

10. On August 31, 2011, the Debtors had the funds (see Exhibit B) required to prevent eviction and attempted to tender such funds to the Landlord by the same process used over the past 30 months - they went to the Landlord's bank, the University of Michigan Credit Union, and attempted to deposit the monies owed.

11. Specifically, Debtor Elizabeth Maly contacted the Landlord and stated that it was her intention to personally deposit such funds in the Landlord's bank account.

12. The Landlord stated that he would not accept payment by that method. When the Debtor attempted to make payment by this method, the Credit Union was ready to process the deposit until they noted that Jason Davis had recently instructed the bank that he was the only person that was allowed to deposit funds in his bank account.

13. The Landlord indicated that he would only accept payment by currency or wire transfer. As he resides in California, a wire transfer became the only alternative.

14. The Debtor Elizabeth Maly then logged onto her internet bank account and attempted to affect a wire transfer of the funds to the Landlord's account.

15. The Debtors have resided in the premises for approximately two and one half years and have effected payment to the Landlord by deposit and wire transfer during the course of the tenancy. In fact, unlike most of the Landlord's tenants, the Debtors have provided him this courtesy versus mailing in the monthly lease payment.

16. When Elizabeth Maly attempted the wire transfer, it failed.

17. The Debtors tried in good faith to live up to the terms of the consent agreement but the Landlord, and his attorney, did not. The Landlord, with the agreement of his attorney, would not accept the Debtor's payment through any reasonable and standard means.

Wherefore, the Debtor Elizabeth Maly hereby requests an order reinstating the automatic stay in this matter.

September 2, 2011

*Elizabeth M Maly*
_____
Elizabeth Maly, Debtor

cc: Tammy L. Terry, Trustee

| | | Original – Court<br>1st copy – Defendant<br>2nd copy – Defendant<br>3rd copy – Plaintiff | |
|---|---|---|---|
| Approved, SCAO<br>STATE OF MICHIGAN<br>15th JUDICIAL DISTRICT | Legal Software Inc.<br>(810) 771-3230<br>JUDGMENT<br>LANDLORD - TENANT | | CASE NO.<br>CIV 11-1433 LT |

Court address: 301 E. Huron St., P.O. Box, Ann Arbor, MI 48107   Court telephone no. 734-794-6752

Plaintiff: Jason Davis    v    Defendant: Elizabeth M. Maly and Frank Maly and all occupants

Rachel Tucker (P62830)
30665 Northwestern Hwy, Ste. 200
Farmington Hills, MI 48334
248-626-2926

Plaintiff ☐ Personal service
Elizabeth M. Maly and Frank Maly and all occupants
420 S. Main Street
Ann Arbor, MI 48104

Defendant ☐ Personal service

THE COURT FINDS:

by ☐ hearing ☐ default ☒ consent

**POSSESSION JUDGMENT**

☒ 1. The plaintiff has a right to possession.
☒ 2. There is now due to plaintiff:
   a. Rent to retain possession $ 12,000.00
   b. Costs $ 205.60
   c. Total $ 12,205.60

FILED 15TH DISTRICT COURT 2011 AUG

TO THE DEFENDANT:

☐ 3. The defendant has a right to possession.

4. ☒ a. An order evicting you (writ of restitution) will be issued unless you pay the plaintiff or court the amount due in item 2.c. above or unless you move out on or before: 8/31/11
   OR
   ☐ b. An order evicting you (writ of restitution) will be issued on or after _____ unless you move.

☒ 5. You may be liable for money damages after you move if additional rent is owed or if there is damage to the property.
☒ 6. Acceptance of partial payment of the total amount due in item 2.c. above ☐ will ☒ will not prevent a writ of restitution from being issued.
☒ 7. No money judgment is entered at this time.

**MONEY JUDGMENT**

☐ 8. Possession judgment has previously been entered.
☐ 9. A money judgment is entered as follows:
   a. Damages $ _____
   b. Costs $ _____
   c. Total $ 0.00

This judgment will earn interest at statutory rates.

10. FURTHER ORDERS: _____

11. YOU ARE ADVISED that you may file a motion for a new trial, a motion to set aside a default judgment, or file an appeal and appeal bond. This must comply with all court rules and must be filed in court by August 22, 2011. You may want legal help.
☒ 12. MCR 4.201(I) was explained to parties.

Date: 8/11/11

Judge: Julie Creal   Bar # P42534

CERTIFICATE OF MAILING: I certify that on this date a copy of the above judgment was mailed to the plaintiff and defendant at their last known addresses, by ordinary mail, unless otherwise indicated.

Date 8-12-11   Deputy clerk

Approved: 8/10/11 Plaintiff/Attorney
8/10/11 Defendant/Attorney FRANK MALY


Exhibit B

# Chase Online

**Activity for ....** BUSINESS CLASSIC (...0069)

Details for BUSINESS CLASSIC (...0069)

| | | | |
|---|---|---|---|
| Present Balance | $12,248.93 | Uncollected funds – Total | $0.00 |
| Available Balance | $12,248.93 | | |
| Available Credit | $0.00 | | |
| Available Plus Credit | $12,248.93 | | |

**Show me...** All Transactions          Next >

Transaction Results (1 - 32) for BUSINESS CLASSIC (...0069)          Search Transactions

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| Pending | Misc. Debit | POS DEBIT Damon's Grill Ann Arbor MI | $44.50 | | |
| Pending | Misc. Debit | POS DEBIT FIRSTPREMIER8009875521 SIOUX FALLS SD | $25.00 | | |
| Pending | Misc. Debit | POS DEBIT COURTS/USBC-MI-E-02 DETROIT MI | $25.00 | | |
| Pending | Misc. Debit | POS DEBIT THE BEER DEPOT ANN ARBOR MI | $19.78 | | |
| Pending | Misc. Debit | POS DEBIT THE BEER DEPOT ANN ARBOR MI | $14.80 | | |
| Pending | Misc. Debit | POS DEBIT THE UPS STORE #2640 ANN ARBOR MI | $4.50 | | |
| 09/01/2011 | Debit Card Transaction | RPS ANN ARBOR-METERS ANN 08/31RPS ANN A | $0.80 | | $12,382.51 |
| 09/01/2011 | Debit Card Transaction | THE UPS STORE 2640 ANN A 08/31THE UPS S | $30.00 | | $12,383.31 |
| 09/01/2011 | Debit Card Transaction | RPS ANN ARBOR-METERS ANN 08/31RPS ANN A | $2.00 | | $12,413.31 |
| 09/01/2011 | Debit Card Transaction | THE BEER DEPOT ANN ARBOR 08/30THE BEER | $14.94 | | $12,415.31 |
| 09/01/2011 | Debit Card Transaction | THE BEER DEPOT ANN ARBOR 08/30THE BEER | $14.80 | | $12,430.25 |
| 08/31/2011 | ATM Transaction | ATM WITHDRAWAL 009719 08/31125 S MAI | $40.00 | | $12,445.05 |
| 08/31/2011 | Debit Card Transaction | SOUTH MAIN AMOCO ANN ARB 08/30SOUTH MAI | $3.15 | | $12,485.05 |
| 08/31/2011 | Debit Card Transaction | SHELL OIL 57441610300 AN 08/30SHELL OIL | $52.29 | | $12,488.20 |
| 08/31/2011 | Debit Card Transaction | THE BEER DEPOT ANN ARBOR 08/29THE BEER | $14.80 | | $12,540.49 |
| 08/31/2011 | Deposit | DEPOSIT ID NUMBER 7320    (view) | | $2,240.00 | $12,555.29 |
| 08/31/2011 | Deposit | DEPOSIT ID NUMBER 120633   (view) | | $10,000.00 | $10,315.29 |
| 08/30/2011 | Debit Card Transaction | THE BEER DEPOT ANN ARBOR 08/28THE BEER | $22.81 | | $315.29 |
| 08/30/2011 | Debit Card Transaction | THE BEER DEPOT ANN ARBOR 08/28THE BEER | $22.81 | | $338.10 |
| 08/29/2011 | Debit Card Transaction | SOUTH MAIN AMOCO ANN ARB 08/28SOUTH MAI | $8.98 | | $360.91 |
| 08/29/2011 | Debit Card Transaction | PROGRESSIVE INS 800-888- 08/28PROGRESSI | $268.58 | | $369.89 |
| 08/29/2011 | Debit Card Transaction | IZZYS HOAGIE SHOP ANN AR 08/27IZZYS HOA | $31.00 | | $638.47 |
| 08/29/2011 | Debit Card Transaction | THE BEER DEPOT ANN ARBOR 08/27THE BEER | $22.81 | | $669.47 |
| 08/29/2011 | Debit Card Transaction | Audible 888-283-5051 NJ 08/27Audible 8 | $14.95 | | $692.28 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: ) Case No. 11-57831
   Elizabeth Menzie Maly ) Chapter: 7
   2232 S. Main Street, No. 531 ) Honorable Walter Shapero
   Ann Arbor, MI 48103 ) September 2, 2011
   SSN: xxx-xx-9683 )

## ORDER TO REINSTATE THE AUTOMATIC STAY AND SCHEDULE AN EXPEDIATED HEARING

This matter is before the Court on the request of the Debtor, Elizabeth M. Maly. The motion and notice of the motion were served on the Landlord's attorney and the Trustee in this case.

IT IS ORDERED as follows:

A. The automatic stay is reinstated for Jason Davis until after the expedited hearing occurs, or until a later date as determined by the Court.

B. An expedited hearing on this matter will occur on _____.

Date: _____

_____
Honorable Judge Walter Shapero