Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **11−57831−wsd**
Chapter: 13
Judge: Walter Shapero.Detroit

In Re: (NAME OF DEBTOR(S))
  Frank Saint Maly
  2232 S. Main Street
  No. 531
  Ann Arbor, MI 48103

  Elizabeth Menzie Maly
  2232 S. Main Street
  No. 531
  Ann Arbor, MI 48103

Social Security No.:
  xxx−xx−0330      xxx−xx−9683

Employer's Tax I.D. No.:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Courthouse, Courtroom 1042, 231 W. Lafayette, Detroit, MI 48226** on **9/19/11** at **09:30 AM** to consider and act upon the following:

*38* – Trustee's Motion to Dismiss Case, Notice of Motion, Proof of Oral Notice with Certificate of Service. FOR DEBTORS' FAILURE TO ATTEND SECTION 341 MEETING OF CREDITORS. Response due by 09/2/2011. (^Terry, Tammy (pf))

*40* – Motion to Reinstate Automatic Stay Filed by Joint Debtor Elizabeth Menzie Maly (jw)

THE COURT IS DEFFERRING IT'S DECISION ON THE DEBTORS' MOTION TO VOLUNTARILY DISMISS DEBTOR FRANK S. MALY FROM THIS CHAPTER 13 CASE AND CONVERT DEBTOR ELIZABETH M. MALY, TO A CHAPTER 7 UNTIL AFTER THE COURT'S DECISION IN THE ABOVE MATTERS.

Dated: 9/7/11

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: S Gentle
Deputy Clerk