UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION –DETROIT

In re:

            CASE NO. 11-57831-wsd
**Frank Saint Maly and**      CHAPTER 13
**Elizabeth Menzie Maly,**     HON. WALTER SHAPERO
    Debtor
_____/

### ORDER DISMISSING CHAPTER 13 CASE AS TO FRANK SAINT MALY, CONVERTING CHAPTER 13 CASE TO CHAPTER 7 AS TO ELIZABETH MENZIE MALY; AND RENDERING THE DEBTORS' MOTION TO REINSTATE THE CHAPTER 13 CASE MOOT

This matter having come before the Court on the Debtors' Motion to Voluntarily dismiss Frank S. Maly from this Chapter 13 Case and Notice to Covert the Debtor Elizabeth M. Maly to a Chapter 7; and the Court having held a hearing on said Motion. Now therefore;

  IT IS HEREBY ORDERED that:

  The Chapter 13 case is dismissed as to Frank Maly; and the Chapter 13 Case is converted to Chapter 7 as to Elizabeth M. Maly with the stay remaining in effect and allowing 14 days from the date of service of this order on said Debtor to file any required amended schedules and pleadings;

  IT IS FURTHER ORDERED that the Chapter 13 Trustee's Motion to dismiss is denied; and the Debtors' Motion to Reinstate the Stay is rendered moot by the conversion of the case to Chapter 7.

**Signed on September 23, 2011**

                                                          /s/ Walter Shapero
                                              Walter Shapero
                                              United States Bankruptcy Judge