# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                      )        Case No. 11-57831-ws
    Elizabeth Menzie Maly      )        Chapter: 7
    2232 S. Main Street, No. 531  )        Honorable Walter Shapero
    Ann Arbor, MI 48103        )        Date: October 17, 2011
    SSN:  xxx-xx-9683         )
                       )

## A MOTION FOR THE APPLICATION OF SANCTIONS ON MICHAEL GATTI UNDER LOCAL RULE 11.1

This motion is brought by the Debtor, Elizabeth Maly.  The Debtor first noticed the court and filed sanctions against Michael Gatti, the attorney for Creditor Jason Davis, on October 11, 2011.  The Debtor then agreed to and signed a "Stipulation to Withdraw Motion with Prejudice" on the morning of December 10, 2011 and the Honorable Judge Shapero signed the order. (See Attachment A.)  This stipulation precludes the Debtor from re-filing "any motion, adversary proceeding, or any other action based upon the same transactions and occurrences as specified in the present motion."  At the time the Debtor signed the stipulation, she believed that Michael Gatti would halt all further action until the Debtor's Chapter 7 was complete or until the Creditor Jason Davis and his attorney, Michael Gatti, asked for and received relief from the automatic stay.

Since that time, Mr. Gatti, in violation of the stay and other applicable rules of U.S.C. Chapter 7 bankruptcy, has continued to bring new pleadings in the local court.  Most notably, Mr. Gatti, filed a "Plaintiff's Motion and Order for Escrow" dated November 10, 2011.  (See Attachment B.)  As the Debtor was not made aware of this filing at the time the stipulation was signed on the morning of the same day, the Debtor considers this action new.  In addition, the local court scheduled a hearing on this motion with 7-days notice.  Though a stay is in place, Mr.

11-57831-wsd    Doc 80-1    Filed 11/18/11    Entered 11/18/11 11:30:39    Page 1 of 6

Gatti and the local court judge, Ann Mattson, proceeded with a hearing on November 17, 2011. Though the hearing was adjourned by Judge Ann Mattson to December 8, 2011 based on her need to understand whether a bankruptcy stay is currently in place, Mr. Gatti continued to argue for his motion after the judge's ruling. Mr. Gatti clearly does not understand that these actions are considered willful and can be sanctioned by the bankruptcy court.

Because of these actions, the Debtor is filing a new motion that sanctions be imposed on Michael Gatti per LR 11.1. Federal R. Civ. P. 11(b) identifies violations to the local bankruptcy rules that can result in sanctions. Michael Gatti has knowingly violated this rule. In fact, the Debtor contends that Michael Gatti is willfully violating the bankruptcy code by the following:

11.1(b)(1) Michael Gatti continues to file motions against the Debtor, stating that he knows "there is no stay for Jason Davis in place". By misleading the local court, he is 1) harassing the Debtor, 2) causing the Debtor additional expense and 3) creating unnecessary delays and work for the local and bankruptcy courts.

11.1(b)(2) The local motion requesting escrow is inappropriate as Mr. Gatti has already filed a 30-day Notice to Quit. As noted by Judge Mattson and the Debtor, this fails to pass the legal and equitable doctrine of estoppel. Estoppel precludes "a person from denying or asserting anything contrary of that which has, in contemplation of law, been established as the truth, either by acts of judicial or legislative officers, or by his own deed, acts, or representations, either express or implied".

As stated, the Debtor is asking that sanctions, in amounts to be determined, and based on the judgment of the court, be imposed on Michael Gatti.

The Debtor also asks that:

1. The date for the hearing of this motion be set to coincide with the current hearing on sanctions that is scheduled for December 1, 2001 at 9:30 a.m.

2. An order be entered to enforce the bankruptcy stay such that Jason Davis, and his attorney Michael Gatti, are prohibited from taking any further legal action in the matter of Elizabeth Maly vs. Jason Davis.

3. In light of the fact that these same individuals have failed to follow the stay on two occasions, that an injunction prohibiting the behaviors identified in 11.1(b)(1 - 4) and any other local court action be so ordered by the bankruptcy court.

Dated: October 17, 2011

_____
Debtor

Print Name: Elizabeth M. Maly

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In re: Elizabeth Menzie Maly

2232 S. Main Street, No. 531
Ann Arbor, MI 48103

xxx-xx-9683

Debtor(s).

Case # 11-57831-wsd

Chapter 7

Judge: Hon. Walter Shapero

------------------------------------------------------------------------------/

## ORDER ON STIPULATION TO WITHDRAW MOTION WITH PREJUDICE

Elizabeth Menzie Maly, for herself, and Michael Gatti and Dawid & Gatti, PLLC, by and through their attorney, stipulated that Ms. Maly's motion to hold Mr. Gatti and Dawid & Gatti, PLLC in contempt for violation of the automatic stay be WITHDRAWN WITH PREJUDICE as it relates to Mr. Gatti and Dawid & Gatti, PLLC.

Therefore, it is hereby ORDERED:

1. Ms. Maly's motion to hold Mr. Gatti and Dawid & Gatti, PLLC in contempt for violation of the automatic stay be WITHDRAWN WITH PREJUDICE as it relates to Mr. Gatti and Dawid & Gatti, PLLC.

2. Ms. Maly may not re-file the motion, an adversary proceeding or any other action based upon the same transactions and occurrences as specified in the present motion and asking for any relief as it relates to Mr. Gatti and Dawid & Gatti, PLLC.

3. Each party will bear their own attorneys fees and costs.

Signed on November 10, 2011

_____/s/ Walter Shapero_____
Walter Shapero
United States Bankruptcy Judge



Approved, SCAO

Original - Court
1st copy - All appearing parties

| STATE OF MICHIGAN | MOTION AND ORDER FOR ESCROW | CASE NO. |
|---|---|---|
| 15     JUDICIAL DISTRICT | Landlord-Tenant / Land Contract | 11-2376-LT |

Court address

301 E. Huron, P.O. Box 8650, Ann Arbor, MI 48107-8650

Court telephone no.

734 794-6761

| Plaintiff name(s), address(es), and telephone no.(s)<br><br>JASON DAVIS | v | Defendant name(s), address(es), and telephone no.(s)<br><br>Elizabeth Maly and Frank Maly and all occupants<br><br>2232 South Main St., No. 531<br>Ann Arbor, MI 48103 |
|---|---|---|
| Plaintiff attorney, bar no., address, and telephone no.<br>Michael Gatti       P-43820<br><br>Dawid & Gatti, Pllc<br>214 S. Main St., Ste. 204, Ann Arbor, MI 48104 | | Defendant attorney, bar no., address, and telephone no. |

## MOTION

1. I request that the court order defendant(s) to pay rent for the property to be held in escrow by the court until further order.

2. An escrow order is necessary because:
   Trial has been adjourned for more than 7 days and Plaintiff needs protection as several months of rent are due.

___11-10-11___
Date

Plaintiff(s)/Attorney signature

(P-43820)
Bar no.

## ORDER

**IT IS ORDERED:**

3. _____ shall deposit with the court $_____ for prorated rent from
   the date of this order to the next date rent is due and $ _____ per _____ on the
   date rent is ordinarily due until further order.

4. Conditions:
   a. Payments must be paid to the court within 7 days of the date of the order and thereafter within 7 days of the date rent is ordinarily due.
   b. Plaintiff must not interfere with defendant's obligation to comply with this order.
   c. If defendant does not comply with this order, defendant waives the right to a jury trial as to the possession issue. Plaintiff is entitled to an immediate trial within 14 days which may be by jury if plaintiff requests it and the court schedule permits.
   d. Other:

_____
Date

Judge

Bar no.

DC 100 (6/05) MOTION AND ORDER FOR ESCROW

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

FILED (I)

2011 NOV 18  A 10: 40

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re:                              )      Case No. 11-57831-ws
   Elizabeth Menzie Maly               )      Chapter: 7
   2232 S. Main Street, No. 531        )      Honorable Walter Shapero
   Ann Arbor, MI 48103                 )
   SSN:  xxx-xx-9683                   )
                                       )

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2011, the Debtor served copies as follows:

    Documents Served:   A Motion for the Application of Sanctions on Michael Gatti
                         under Local Rule 11.1


    Served Upon:        Guy T. Conti (Attorney for Michael Gatti)
                         ContiLegal
                         Hogback Officenter
                         2002 Hogback Road, Suite 11
                         Ann Arbor, MI  48105-9736


    Method of Service:  First Class Mail


Dated:  October 17, 2011

_Elizabeth M. Maly_

_____
Debtor

Print Name:  Elizabeth M. Maly